IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DARLENE BLAKER**                                                    **PLAINTIFF**

V.                                           **CAUSE NO. 1:12CV190-LG-JMR**

**SAM'S EAST, INC.**                                              **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 21st day of October, 2013.

                                                        s/ *Louis Guirola, Jr.*
                                                        Louis Guirola, Jr.
                                                        Chief United States District Judge